UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**FILED**
ASHEVILLE, N.C.

MAR 1 8 2014

U.S. DISTRICT COURT
W. DIST. OF N.C.

1:13CV331

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| 97-99 New Leicester Highway Asheville, | ) |
| North Carolina, as described in a Deed at | ) |
| Book 4588, page 549-550, Buncombe | ) |
| County Registry, being real property, and | ) |
| all outbuildings, appurtenances, | ) |
| improvements, and attachments thereon, | ) |
| | ) |
| and; | ) |
| | ) |
| 20 Parkview Drive Asheville, North | ) |
| Carolina, as described in a Deed at Book | ) |
| 4588, page 547-548, Buncombe County | ) |
| Registry, being real property, together with | ) |
| the residence, outbuildings, and all | ) |
| appurtenances, improvements, and | ) |
| attachments thereon, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF POST-SEIZURE HEARING

The United States filed the above-captioned civil forfeiture action, alleging that the named defendant real property is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) and (a)(7). Upon motion of the United States and for good cause shown, this Court issued an *ex parte* warrant of arrest *in rem* on 97-99 New Leicester Highway, Asheville, North Carolina, the defendant real property, pursuant to 18 U.S.C. § 985(d)(1)(B)(ii). The United States Marshal has now executed said warrant and made his return thereof to this Court.

1

THEREFORE, as provided under 18 U.S.C. § 985(e), the Court shall conduct a hearing on March 24, 2014, at 9:30 a.m. at which time the property owner(s) shall have an opportunity to contest the basis for seizure of the defendant real property.

The United States Marshal is hereby DIRECTED to serve this Notice of Post-Seizure Hearing on all known property owner(s) and to post same on the defendant real property, and to make a return thereof to the Court.

SIGNED this ___ day of March , 2014.


DENNIS L. HOWELL
United States District Judge