UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:13CV331

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>97-99 New Leicester Highway Asheville, )<br>North Carolina, as described in a Deed at )<br>Book 4588, page 549-550, Buncombe )<br>County Registry, being real property, and )<br>all outbuildings, appurtenances, )<br>improvements, and attachments thereon, )<br>)<br>and; )<br>)<br>20 Parkview Drive Asheville, North )<br>Carolina, as described in a Deed at Book )<br>4588, page 547-548, Buncombe County )<br>Registry, being real property, together with )<br>the residence, outbuildings, and all )<br>appurtenances, improvements, and )<br>attachments thereon, )<br>)<br>Defendants. | ORDER DIRECTING SERVICE<br><br>OF NOTICE OF<br><br>APPLICATION FOR<br><br>WARRANT<br><br>FOR SEIZURE OF REAL PROPERTY<br><br>AND SETTING TIME AND PLACE OF<br><br>HEARING |

WHEREAS, on December 19, 2013, the United States filed a Verified Complaint for Forfeiture *In Rem* against the two defendant real properties; and

WHEREAS, the Complaint alleged that the defendant real properties are forfeitable to the United States under 21 U.S.C. § 881 and related federal statutes because it is proceeds of and facilitating property used in drug-trafficking offenses, in violation of 21 U.S.C. § 801, *et seq*.; and

WHEREAS, on March 28, 2014, the United States, pursuant to 18 U.S.C. § 985(d)(1)(B)(i), duly filed an Application for Warrant for Seizure of the above-described

1

defendant real property at **20 Parkview Drive** prior to the entry of a final order of forfeiture; and

WHEREAS, the United States alleged that the Estate of Rhonda Davis Lemons is the current and sole owner of the defendant real property, with Jesse Lemons and Shirley M. Gardner being the qualifying heirs; and

WHEREAS, the provisions of 18 U.S.C. § 985(d)(1)(B)(i) now require the Court to issue this Notice of Application for Warrant and to schedule a hearing "in which the property owner has a meaningful opportunity to be heard."

NOW, THEREFORE,

    a. The United States is ordered to personally serve a copy of the Application for Warrant for Seizure for Real Property, Memorandum of Law in Support of Application for Warrant for Seizure for Real Property, and this Notice of Application for Warrant for Seizure of Real Property on Jesse Lemons, Shirley M. Gardner, and the attorney for the Estate of Rhonda Davis Lemons and to file proof of that service with the Court;

    b. A hearing on whether the Court will issue a Warrant for Seizure of the defendant real property at **20 Parkview Drive** is hereby scheduled for **Wednesday, April 9, 2014, at 10:30 a.m. at the United States Courthouse, 100 Otis Street, Asheville, North Carolina 28801.**

IT IS SO ORDERED,

Signed: March 28, 2014

Dennis L. Howell
United States Magistrate Judge