# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:13-cv-00331-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   **Plaintiff,** )<br> vs. )<br>)<br>**Real property located at 97-99 New** )<br>**Leicester Highway Asheville, North** )<br>**Carolina, as described in a Deed at** )<br>**Book 4588, page 549-550,** )<br>**Buncombe County Registry,** )<br>)<br>**and** )<br>)<br>**Real property located at 20** )<br>**Parkview Drive Asheville, North** )<br>**Carolina, as described in a Deed at** )<br>**Book 4588, page 547-548,** )<br>**Buncombe County Registry,** )<br>)<br>   **Defendants.** )<br>_____ | **DEFAULT JUDGMENT,**<br><br>**ENTRY OF JUDGMENT, AND**<br><br>**FINAL ORDER OF FORFEITURE** |

**THIS MATTER** is before the Court on motion of the United States for and Order directing Default Judgment pursuant to Federal Rule of Civil Procedure 55(b)(2), and for Entry of Judgment and Final Order of Forfeiture pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983, 18 U.S.C. § 985, and 21 U.S.C. § 881. For reasons

stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Government's Motion for Default Judgment, Entry of Judgment, and Final Order of Forfeiture [Doc. 35] against the **DEFENDANT PROPERTY**:

> **Real property located at 97-99 New Leicester Highway Asheville, North Carolina, as described in a Deed at Book 4588, page 549-550, Buncombe County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**
>
> **Real property located at 20 Parkview Drive Asheville, North Carolina, as described in a Deed at Book 4588, page 547-548, Buncombe County Registry, being real property, together with the residence, and all appurtenances, improvements, and attachments thereon,**

is hereby **GRANTED** and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world.

**IT IS FURTHER ORDERED** that any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein.

**IT IS FURTHER ORDERED** that the United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

**IT IS SO ORDERED.**

Signed: September 5, 2014

Martin Reidinger
United States District Judge